UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

    vs.

FRANK ALVAREZ,
        Defendant.
_____/

**ORDER MODIFYING TERMS OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon defendant FRANK ALVAREZ's unopposed motion to modify the conditions of his supervised release. Upon consideration of Mr. Alvarez's motion and finding that good cause exists for the request, it is hereby

**ORDERED AND ADJUDGED** that Mr. Alvarez's unopposed motion is **GRANTED.** Accordingly, the "No New Debt Restriction" special condition of his supervised release (s*ee* Amended Judgment, DE:852 at 5) is hereby **VACATED**. All other conditions of supervision imposed at sentencing remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2025.

                                                **DARRIN P. GAYLES**
                                                **UNITED STATES DISTRICT JUDGE**