UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

vs.

FRANK ALVAREZ,
       Defendant.
_____/

## ORDER MODIFYING TERMS OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon defendant FRANK ALVAREZ's unopposed motion to modify the conditions of his supervised release [ECF No. 1093]. Upon consideration of Mr. Alvarez's motion and finding that good cause exists for the request, it is hereby

**ORDERED AND ADJUDGED** that Mr. Alvarez's unopposed motion is **GRANTED**. Accordingly, the "No New Debt Restriction" special condition of his supervised release (*see* Amended Judgment, DE:852 at 5) is hereby **VACATED**. All other conditions of supervision imposed at sentencing remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of April, 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE