UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

     *Plaintiff*,

v.

FRANK ALVAREZ,

     *Defendant.*

_____/

## NOTICE OF LIMITED APPEARANCE AS COUNSEL

BY THIS NOTICE, RABIN & LOPEZ, P. A., and SAMUEL J. RABIN, JR., ESQUIRE, enter this, their Limited Appearance as counsel of record for Defendant, Frank Alvarez.  This appearance is limited solely to matters before the District Court relating to the early termination of supervised release.

The Clerk of this Court is requested to send the undersigned attorney copies of all Court Notices and Orders filed herein.

    Respectfully submitted,

    **RABIN & LOPEZ, P.A.**
    1  SE 3rd Avenue, Suite 2600
    Miami, FL 33131
    Tel: 305•358•1064
    Email: sjr@miamilawyer.com

    *s/ Samuel J. Rabin, Jr.*

    SAMUEL J. RABIN, JR.
    Florida Bar № 273831

_____
Notice of Limited Appearance as Counsel
Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2026, a true and correct copy of the foregoing Notice of Limited Appearance was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.

_____
Notice of Limited Appearance as Counsel
Page 2 of 2