UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

FRANK ALVAREZ,

    *Defendant.*

_____/

## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, the Defendant, FRANK ALVAREZ, (hereafter "MR. ALVAREZ") by and through his undersigned counsel, pursuant to Federal Rule of Criminal Procedure 47, and hereby requests that this Court enter an Order terminating MR. ALVAREZ'S supervised release. As grounds therefore, MR. ALVAREZ avers the following:

1.    On or about June 4, 2020, **Mr. Alvarez** plead guilty to Counts One and Two of the Superseding Indictment, which charged him with conspiracy to deliver misbranded and adulterated drugs and conspiracy to traffic in medical products with false documentation.

2.    On October 20, 2020, **Mr. Alvarez** was sentenced to a total term of seventy (70) months' imprisonment, consisting of sixty (60) months as to Count One and ten (10) months as to Count Two, to be served consecutively, followed by a three (3) year term of supervised release.

---

Motion for Early Termination of Supervised Release
Page 1 of 3

3. On December 12, 2023, **Mr. Alvarez's** sentence was reduced to a total term of twenty-four (24) months' imprisonment as to Counts One and Two, to run concurrently.

4. **Mr. Alvarez** was released from custody on April 4, 2025, and, as of the filing of this Motion, has been under supervision for approximately one (1) year and has fulfilled all of the terms and conditions imposed upon him.

5. Undersigned counsel has conferred with Eric Rocha, the probation officer assigned to supervise **MR. ALVAREZ,** regarding his position on the foregoing motion. Officer Rocha has indicated that he has no objection to the Court granting the relief requested.

6. Pursuant to Local Rule 88.9, undersigned counsel conferred with Assistant United States Attorney Frank Tamen regarding his position on this motion. He advised that he has no objection to the Court granting the relief sought herein.

WHEREFORE, for good cause shown, the Defendant, **FRANK ALVAREZ,** prays that this Honorable Court will grant the relief requested herein.

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
1 SE 3rd Avenue, Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Email: sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

_____
Motion for Early Termination of Supervised Release
Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2026, a true and correct copy of the foregoing Motion for Early Termination of Supervised Release was furnished via the CM/ECF system to all parties designated to receive electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.

---

Rabin & Lopez, P.A. • One Southeast Third Avenue, Suite 2600, Miami, FL 33131 • Tel: (305) 358-1064