**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE № 19-CR-20674-GAYLES**

UNITED STATES OF AMERICA,

      *Plaintiff*,

vs.

FRANK ALVAREZ,

      *Defendant.*

_____/

### ORDER ON UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE came before the Court upon the Defendant, FRANK ALVAREZ'S Unopposed Motion for Early Termination of Supervised Release, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED, and Mr. Alvarez's remaining term of supervised release is hereby terminated.

DONE and ORDERED in Miami-Dade County in the Southern District of Florida on this 23rd day of April 2026.

                                     _____

                                     DARRIN P. GAYLES
                                     United States District Judge

cc: Counsel of Record
     U.S. Probation Officer Eric Rocha